UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

KENNETH O. ADAMS              CIVIL ACTION NO. 05-0399

versus                                   JUDGE WALTER

**REFERRED TO:**
COMMISSIONER OF THE SOCIAL      **MAGISTRATE JUDGE HORNSBY**
SECURITY ADMINISTRATION

_____

## **J U D G M E N T**

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **REVERSED**, and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 22nd day of May, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE